**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: January 31, 2008**

Donald E. Calhoun, Jr.
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 04-60904 |
| | : | |
| Columbus Microfilm, Inc. | : | Chapter 7 |
| | : | |
| Debtor | : | Judge Calhoun |
| | : | |
| | : | |
| Larry J. McClatchey, Trustee | : | |
| | : | |
| Plaintiff, | : | Adv. Pro. No. 07-02788 |
| v. | : | |
| | : | |
| Angela Granata | : | |
| and | : | |
| Rose Granata | : | |
| | : | |
| Defendants | : | |

### AGREED ORDER OF DISMISSAL

Plaintiff, Larry J. McClatchey, Trustee, moved the Court pursuant to B.R. 7041 for an order of dismissal of the Complaint and the Counterclaim of Defendants on January 16, 2008 [Docket #18]. A pre-trial conference was held on January 14, 2008 pursuant to notice. Trustee and Defendants Granata appeared by undersigned counsel. The parties have represented

that an agreement has been reached to resolve the issues in this case.  Based on the agreement of the parties, it is hereby

ORDERED,   that Plaintiff's Complaint and the Defendants' Answer and Counterclaim filed October 10, 2007 should be and hereby are DISMISSED without prejudice; and it is further

ORDERED,  that Trustee give notice of his proposed abandonment of any claims of the estate against any temporary employment agency hired by the Debtor or the Debtor in Possession and use his best efforts to secure an assignment to Defendants of any claim of the Debtor or the Debtor in Possession against BankOne, or its successors, based upon an alleged accounts receivable, each without warranty by Trustee or Debtor of any kind.

IT IS SO ORDERED.

Agreed and approved

/s/ Larry J. McClatchey
Larry J. McClatchey   (0012191)
Stuart H. Cupps         (0071504)
KEGLER BROWN HILL & RITTER
A Legal Professional Association
65 East State Street, Suite 1800
Columbus, Ohio 43215
Telephone:     614/462-5400
Facsimile:      614/464-2634
lmcclatchey@keglerbrown.com

*Attorney for Trustee*

/s/ Adam J. Hubble per e-mail approval
Adam J. Hubble         (0063301)
Chorpenning Good & Pandora Co.LPA
585 S Front St., Ste.250
Columbus, OH  43215-5694
Telephone:     614/469-1301
Facsimile:      614/469-0122
Ajhubble@cgmlpa.com

cc:    United States Trustee's Office, 170 North High Street, Suite 200, Columbus, Ohio 43215
Larry J. McClatchey, Trustee, 65 East State Street, Suite 1800, Columbus, Ohio 43215
Adam J. Hubble, 585 S Front St., Ste.250, Columbus, OH  43215-5694

###